IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP -9 PM 1:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PAMELA MCNEAL, | ) |
| Plaintiff, | ) |
| vs. | ) Civ. No. <u>04-2972-M1/P</u> |
| SAINT FRANCES HOSPITAL, TENET CORPORATION, | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE

On July 7, 2005, plaintiff Pamela McNeal (pro se) appeared for a scheduling conference before the magistrate judge in this matter. At the scheduling conference, the court instructed plaintiff to serve the defendant with the complaint and to appear on August 4, 2005, for the scheduling conference. Plaintiff did not appear on August 4th. The scheduling conference was reset to September 8, 2005. Plaintiff did not appear on September 8th, and it does not appear that the defendant has been served with the complaint. Having failed to appear for two scheduled Rule 16(b) conferences in this matter, which were set for August 4, 2005, and September 8, 2005, plaintiff, Pamela McNeal, is hereby ORDERED to appear on **Thursday, September 22, 2005, at 9:30 a.m.** before **Magistrate Judge Tu M. Pham, Courtroom #6, Third Floor, 167 North Main, Memphis,**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-9-05



**Tennessee,** to show cause why her case should not be dismissed for failure to prosecute.

Failure to comply with this order will result in the dismissal of this case without further notice to plaintiff.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 8, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02972 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

Pamela McNeal
8104 Fawn Valley Cove
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT