FILED BY _____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 SEP 26 PM 1:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| PAMELA MCNEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civ. No. <u>04-2972-Ml/P</u> |
| ) | |
| SAINT FRANCIS HOSPITAL, ) | |
| TENET CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**RECOMMENDATION THAT CASE BE DISMISSED FOR FAILURE TO PROSECUTE**

The burden is upon the plaintiff to prosecute her case. It appears to the court that plaintiff has not done so. The plaintiff has failed to appear for two scheduled Rule 16(b) conferences before the United States Magistrate Judge in this matter, which were set for August 4, 2005, and September 8, 2005.

By order entered September 9, 2005, the plaintiff was ordered to appear on September 22, 2005, to show cause why her case should not be dismissed for failure to appear for two scheduled Rule 16(b) conferences. The plaintiff was warned that failure to respond to the show cause order could result in dismissal of her case without further notice from the court. The plaintiff failed to appear on September 22, 2005. It appears to the court, therefore, that the plaintiff's case should be dismissed for failure to appear at two

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-26-05



scheduled Rule 16(b) conferences and an order to show cause hearing.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 26, 2005
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:04-CV-02972 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Pamela McNeal
8104 Fawn Valley Cove
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT