IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

PAMELA MCNEAL, )
)
    Plaintiff, )
)
v. ) No. 04-2972 Ml/P
)
SAINT FRANCIS HOSPITAL, TENET )
CORPORATION, )
)
    Defendant. )

## ORDER ADOPTING RECOMMENDATION THAT CASE BE DISMISSED FOR FAILURE TO PROSECUTE AND ORDER OF DISMISSAL

Before the Court is the Recommendation that Case be Dismissed for Failure to Prosecute, submitted by Magistrate Judge Pham on September 26, 2005. The Magistrate Judge recommends that Plaintiff Pamela McNeal's case be dismissed for failure to prosecute, based on Plaintiff's failure to appear at two scheduled Rule 16(b) conferences and an order to show cause hearing. No objections to the Recommendation have been filed and the time for filing objections has since expired. Upon *de novo* review of the Magistrate Judge's recommendation, the Court ADOPTS the Recommendation in its entirety and DISMISSES this case WITHOUT PREJUDICE.

So ORDERED this 23 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:04-CV-02972 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

Pamela McNeal
8104 Fawn Valley Cove
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT