# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ O.C.
05 NOV 23 PM 5:01
THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| PAMELA MCNEAL,           )<br>                          )<br>     Plaintiff,         )<br>                          )<br>v.                        )<br>                          ) | No. 04-2972 M1/P |
| SAINT FRANCIS HOSPITAL, TENET )<br>CORPORATION,             )<br>                          )<br>     Defendant.         )<br>                          ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on United States Magistrate Judge Pham's Recommendation that Case Be Dismissed for Failure to Prosecute, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting Recommendation that Case be Dismissed for Failure to Prosecute and Order of Dismissal, entered November 23, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. MCCALLA
UNITED STATES DISTRICT JUDGE

NOV. 23, 2005
DATE

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02972 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

Pamela McNeal
8104 Fawn Valley Cove
Memphis, TN 38125

Honorable Jon McCalla
US DISTRICT COURT